| | |
|---|---|
| 1 | GARY R. BASHAM (SBN 130119) |
| 2 | NATHAN T. JACKSON (SBN 285620)<br>BASHAM LAW GROUP |
| 3 | 8801 Folsom Blvd., Suite 177<br>Sacramento, California 95826 |
| 4 | Telephone:  (916) 993-4840<br>Facsimile:   (916) 266-7478 |
| 5 | gary@bashamlawgroup.com<br>nathan@bashamlawgroup.com |
| 6 | Attorneys for Plaintiff |
| 7 | DONNA FRANK |
| 8 | Jennifer A. Riso (Bar No. 203497) |
| 9 | jriso@archernorris.com<br>ARCHER NORRIS |
| 10 | One Embarcadero Center, Suite 360<br>San Francisco, CA  94111-3735 |
| 11 | Telephone:    415.653.1480<br>Facsimile:     415.653.1481 |
| 12 | Attorneys for Defendant |
| 13 | TRINITY LIFE CENTER OF SACRAMENTO,<br>INCORPORATED |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA FRANK, an individual, | Case No.  2:16-CV-00572-JAM-KJN |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. | |
| TRINITY LIFE CENTER OF SACRAMENTO, INCORPORATED; and DOES 1 through 50, inclusive, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

JOINT STATUS REPORT
2:16-CV-00572-JAM-KJN

**TO THE COURT AND ALL PARTIES:**

  Plaintiff DONNA FRANK and Defendant TRINITY LIFE CENTER OF SACRAMENTO stipulate to and jointly request that this Court enter a dismissal with prejudice of Plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2), with each side to bear their own costs and attorneys' fees.

Dated: August 25, 2016        BASHAM LAW GROUP

                  */s/ Gary R. Basham*
                  Gary R. Basham

                  Attorneys for Plaintiff
                  DONNA FRANK

Dated: August 25, 2016        ARCHER NORRIS

                  */s/ Jennifer A. Riso*
                  Jennifer A. Riso

                  Attorneys for Defendant
                  TRINITY LIFE CENTER OF
                  SACRAMENTO, INC.

## **ORDER**

  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:16-CV-00572-JAM-KJN, is hereby dismissed with prejudice, with each side to bear their own costs and attorneys' fees.

Dated:  August 25, 2016       /s/ John A. Mendez
                  United State District Court Judge

4826-0595-1543, v. 1